Leo L. D'UTASSY v. William M. BARRETT. (Supreme Court, Appellate Division,

First Department. April 14, 1916.) Motion granted; questions certified. Order filed.